**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALEX LEROY LOVEJOY, | : | No. 150 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS DAUPHIN | : | |
| COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED.